```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Brian Heeter,                       :

      Plaintiff,                 :

    v.                           : Case No. 2:15-CV-3062

J. Peterman Enterprises, LLC,  : CHIEF JUDGE EDMUND A. SARGUS, JR.
et al.,                           Magistrate Judge Kemp

      Defendants.                :


<u>ORDER</u>

     Plaintiffs have moved for an order compelling defendants J. Peterman Enterprises, LLC and Carlton Banks Enterprises, LLC to obtain counsel.  The Court cannot compel a party to retain counsel.  <u>See</u>, <u>e.g.</u>, <u>Keary v. U.S. Bank Nat. Ass'n ND</u>, 2013 WL 2371400, *1 (E.D. Mich. May 30, 2013) (declining to accept recommendation that unrepresented parties be required to obtain counsel on the basis that it is not "appropriate or authorized").  For this reason, the plaintiffs' motion (Doc. 43) is denied.  The corporate defendants are advised, however, that they must be represented by counsel and cannot proceed pro se.  <u>See</u> <u>Taylor Steel, Inc. v. Keeton</u>, 417 F.3d 598, 603 (6th Cir. 2005); <u>Doherty v. American Motors Corp.</u>, 728 F.2d 334, 340 (6th Cir. 1984).  They are further advised that if they do not respond to the summary judgment motion through counsel, the Court may grant the motion if it is otherwise appropriate to do so.


                                        <u>/s/ Terence P. Kemp</u>
                                        United States Magistrate Judge